*ORDER:*
*Motion granted.*
*John Bryant,*
*USMJ*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

PACE INDUSTRY UNION-MANAGEMENT )
PENSION FUND AND ITS TRUSTEES, et al., )
)
)
Plaintiff, )
)
v. ) Civil Action No. 3:10-cv-0744
) District Judge Haynes
) Magistrate Judge Bryant
IMPERIAL PAPER BOX CORP., )
)
Defendant. )
)

## MOTION TO CANCEL
## INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs' hereby request that the Initial Case Management Conference scheduled for November 3, 2010 be canceled on the following grounds:

1. The Complaint herein was filed on August 6, 2010.

2. Defendant failed to enter an appearance or file a responsive pleading in this action and the time within which to make an appearance or file responsive pleadings expired.

3. The Clerk of the Court entered default against Defendant on October 12, 2010 (Document 20) and the Entry Of Default was served on Defendant via Certified Mail.

4. As of October 27, 2010, the Defendant has not filed any pleadings requesting that the Court vacate the Clerk's Entry Of Default.

5. Plaintiffs' intend to file a Motion for Default Judgment pursuant to FRCP 55(b) within the next 30-45 days.