UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PACE INDUSTRY UNION-<br>MANAGEMENT PENSION FUND,<br>*et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>IMPERIAL PAPER BOX CORP.,<br><br>                Defendant. | Civil Action No. 3:10-cv-00744<br>District Judge Haynes<br>Magistrate Judge Bryant |

## ORDER AND FINAL JUDGMENT

This Court considered the Motion for Final Judgment by Default filed by Plaintiffs, PACE Industry Union-Management Pension Fund and its Trustees, Stan Johnson, Dale Olson, Gary Beevers, James Kidder, Martin Everhart, Lisa Silverman, and Jon Geenen (collectively, "Plaintiffs"), and Memorandum in Support against Defendant Imperial Paper Box Corp. ("Defendant"), any responses and replies, and concluded that the Motion should be GRANTED.

THEREFORE, IT IS ORDERED that a DEFAULT JUDGMENT is hereby ENTERED against Defendant payable to the Fund in the total amount of $15,201.43, which represents the outstanding balance of the attorneys' fees and costs incurred by the Fund in this action.

The Court FURTHER ORDERS Defendant to pay Plaintiffs' attorneys' fees and costs incurred in executing the judgment.

The Court FURTHER ORDERS Defendant to pay post-judgment interest on the above judgment amounts at the rate permitted by 29 U.S.C. § 1961 from the date of this Judgment to the date paid.

This ORDER is without prejudice to any further claim Plaintiffs may have against Defendant.

This ORDER AND FINAL JUDGMENT disposes of all claims and parties in the above-captioned lawsuit and is appealable. SO ORDERED.

Dated: 8-22-13

_____
PRESIDING JUDGE

20030932v1